**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Daniel E. Davis and Davcrane, Inc. | * | |
| | * | |
| vs. | * | CIVIL ACTION |
| | * | |
| Finning International Inc. | * | NO. B-03-206 |

**ORDER SETTING HEARING FOR TEMPORARY INJUCTION**

On this the 3rd day of December, 2003, came on before me to be considered the foregoing Plaintiff's Application for Temporary Injunction and the Court is of the opinion that the same should be set for an oral hearing.

IT IS THEREFORE ORDERED that the clerk shall issue notice and Defendant is ordered to appear before this Court in the United States District Courthouse for the Southern District of Texas on the 11th day of December, at 10:30 a.m. in Brownsville, Texas.

SIGNED this 3rd day of December, 2003.

Andrew S. Hanen
United States District Judge