IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DANIEL E. DAVIS AND DAVCRANE, INC. | § § § § § § § | CIVIL ACTION |
| VS. | | |
| FINNING INTERNATIONAL, INC. | | NO. B-03-206 |

### PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

1.   Plaintiffs file this disclosure of interested parties as required by the Court's Order for Conference and Disclosure of Interested Parties.

2.   The following is a list of the parties in this action, which all have a financial interest in the outcome of this litigation:

- Daniel E. Davis
- DavCrane, Inc.
- Plaintiffs' counsel of record Watts Law Firm, L.L.P., 1926 E. Elizabeth, Brownsville, Texas 78520.
- Finning International, Inc.
- Defendant's Counsel, Mark S. Finkelstein at Shannon, Martin, Finkelstein & Sayre, P.C.

Respectfully submitted this the ___4___ day of December, 2003.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
RAY R. MARCHAN
State Bar No. 1269050
Fed. I.D. No. 9522
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On this the ____4____ day of December, 2003, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN