IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS AND | § | |
| DAVCRANE, INC. | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-206 |
| | § | |
| FINNING INTERNATIONAL, INC. | § | |

**ORDER**

The Court will consider defendants Motion to Stay or Continue the hearing on the Application for Temporary Injunction on December 11, 2003 at 10:30 a.m. Plaintiff's are urged to respond to the same immediately.

SIGNED this 8th day of December, 2003.

Honorable Andrew S. Hanen
United States District Judge