THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

TEMPORARY INJUNCTION HEARING

CIVIL ACTION NO. B-03-206    DATE & TIME: 12/11/03 @ 10:30am - 12:00

COUNSEL:

| DANIEL E. DAVIS, ET AL | § | Ray R. Marchand |
|---|---|---|
| VS | § | |
| Finning International, Inc. | § | Mark Finkelstein/Jeff Koch |

Courtroom Deputy: Irma Soto
Law Clerk:       Christian Southwick
Court Reporter:  Barbara Barnard
CSO:

Case called on the docket. Ray Marchan appeared for the Plaintiffs. Mark Finkelstein & Jeff Koch appeared for the Defendants.

After arguments of counsel, pending TRO/injunctive relief resolution, mediation is set for 12/29/03 in Houston, Texas. Mr. Bergman is agreed by all parties to be mediator. Court will issue order.

Court is adjourned.