IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 15 2003

Michael N. Milby
Clerk of Court

DANIEL E. DAVIS AND DAVCRANE, )
INC. )
                                        ) CIVIL ACTION NO.
VS.                                ) B-03-206
                                        )
FINNING INTERNATIONAL, INC. )

TEMPORARY INJUNCTION HEARING
BEFORE THE HONORABLE ANDREW S. HANEN
DECEMBER 11, 2003

APPEARANCES:

For the Plaintiff:       MR. RAY MARCHAN
                              Watts Law Firm
                              1326 East Elizabeth
                              Brownsville, Texas

For the Defendant:      MR. JEFFERY R. KOCH
                              MR. MARK S. FINKELSTEIN
                              Shannon, Martin, Finkelstein & Sayre
                              2400 Two Houston Center
                              909 Fannin Street
                              Houston, Texas   77010

Transcribed by:         BARBARA BARNARD
                              Official Court Reporter
                              600 E. Harrison, Box 301
                              Brownsville, Texas   78520
                              (956)548-2591

**CERTIFIED COPY**