14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 3 2004

Michael N. Milby
Clerk of Court

| DANIEL E. DAVIS AND | § |
| DAVCRANE, INC. | § |
|  | § CIVIL ACTION |
| VS. | § |
|  | § NO. B-03-206 |
| FINNING INTERNATIONAL, INC. | § |

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT;

NOW COMES, DANIEL E. DAVIS AND DAVCRANE, INC., plaintiffs in the above styled and numbered cause, and file this their motion for status conference and in support thereof would respectfully show the court as follows:

I.

The parties were ordered to participate in a court ordered mediation. However, mediation was unsuccessful and therefore plaintiffs' counsel requests that this Honorable Court schedule a status conference and order that all parties be present.

Respectfully submitted this the ___13___ day of January, 2004.

WATTS LAW FIRM, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
(956) 544-0500
(956) 541-0255 FAX

_____
RAY R. MARCHAN
State Bar No. 1269050
Fed. I.D. No. 9522
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On this the ___13___ day of January, 2004, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

## CERTIFICATE OF CONFERENCE

On this the ___12___ day of January, 2004, a telephone call was placed to counsel for defendant Finning International, Inc. to inform him of the filing of the foregoing motion for status conference. Counsel for Finning International, Inc. indicated that he is OPPOSED to plaintiffs' motion.

_____
RAY R. MARCHAN