IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DANIEL E. DAVIS and DAVCRANE, INC. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-206 |
| | § | |
| FINNING INTERNATIONAL, INC. | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

Defendant, Finning International, Inc., files this Disclosure of Interested Parties and certifies that the following persons or entities are financially interested in the outcome of this litigation. These representations are made in order that the judge of this Court may evaluate possible disqualification or recusal:

1. Defendant, Finning International, Inc. is a publicly traded corporation incorporated under the laws of Canada, and it has no parent corporation or other corporation that owns ten percent or more of its stock;

2. Plaintiff, Daniel E. Davis is an individual domiciled in the state of Texas; and

3. Plaintiff, Davcrane, Inc. is a Texas corporation.

Dated: January 14th, 2004

Respectfully submitted,

Jeffery R. Koch
Texas Bar No. 11645250
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5593 (Telephone)
(713) 752-0337 (Facsimile)

ATTORNEY FOR DEFENDANT

OF COUNSEL:

SHANNON, MARTIN, FINKELSTEIN & SAYRE
A Professional Corporation
Mark S. Finkelstein
Texas Bar No. 07015100
S.D. Tex. No. 5543
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5503 (Telephone)
(713) 752-0337 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2004, I caused a true copy of the foregoing Defendant's Disclosure of Interested Parties to be served by certified mail, return receipt requested upon Ray R. Marchan, Mikal C. Watts, Watts Law Firm, L.L.P., 1926 E. Elizabeth, Brownsville, Texas 78520 and Alton W. Payne, Law Offices of Alton W. Payne, 5001 Bissonnet,, Suite 200, Bellaire, TX 77401, counsel for Plaintiffs, Daniel E. Davis and Davcrane, Inc.

Jeffery R. Koch