IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DANIEL E. DAVIS and DAVCRANE, INC. § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. B-03-206 |
| § | |
| FINNING INTERNATIONAL, INC. § | |
| § | |
| Defendant. § | |

### FINNING INTERNATIONAL, INC.'S
### OPPOSITION TO PLAINTIFFS' MOTION FOR STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Finning International, Inc. ("Finning") opposes Plaintiffs' Motion for a Status Conference, for the following reasons:

1. There is no reason to have a status conference until the Court has had the opportunity to consider Finning's Motion to Stay Suit Pending Arbitration; Motion to Stay or Dismiss due to Prior-Filed Action; Motion to Dismiss for Insufficient Service of Process; and, Subject Thereto, Motion to Transfer Venue. (Docket no. 4). Finning believes that its motion is ripe for consideration, and that it will obviate the need for further proceedings in this Court. In addition, given that the case is subject to a pending arbitration, Finning expressly objects to any hearing that would address the merits of the dispute in contravention of the arbitration process.

2. The Court has already conducted a hearing, in December 2003, which in certain respects served the purpose of a status conference. At that hearing, Plaintiffs' counsel acknowledged that the contract claims involved in the case must be arbitrated. Further, Plaintiffs' injunctive relief is premised upon such contract claims. Thus, there is no reason to have another hearing at this time.

3. The Court's normal pre-trial conference is already set for February 13, 2004. The Plaintiffs, in their motion, fail to set forth any basis or reason for having a status conference prior to such date.

WHEREFORE, PREMISES CONSIDERED, Finning respectfully requests that this Court deny Plaintiffs' Motion for a Status Conference.

Respectfully submitted,

_____
Jeffery R. Koch
Texas Bar No. 11645250
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5593 (Telephone)
(713) 752-0337 (Facsimile)

ATTORNEY FOR DEFENDANT

OF COUNSEL:

SHANNON, MARTIN, FINKELSTEIN & SAYRE
A Professional Corporation
Mark S. Finkelstein
Texas Bar No. 07015100
S.D. Tex. No. 5543
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5503 (Telephone)
(713) 752-0337 (Facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2004, I caused a true copy of the foregoing document to be served by fax and by certified mail, return receipt requested upon Ray R. Marchan, Mikal C. Watts, Watts Law Firm, L.L.P., 1926 E. Elizabeth, Brownsville, Texas 78520 and Alton W. Payne, Law Offices of Alton W. Payne, 5001 Bissonnet, Suite 200, Bellaire, TX 77401.

_____
Jeffery R. Koch