United States District Court
Southern District of Texas
FILED

JAN 2 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DANIEL E. DAVIS AND DAVCRANE, INC. | § § § | |
| | § | CIVIL ACTION |
| VS. | § § | NO. B-03-206 |
| FINNING INTERNATIONAL, INC. | § § | |

### PLAINTIFFS' MOTION FOR EMERGENCY HEARING ON REQUEST FOR TEMPORARY INJUNCTION

TO THE HONORABLE JUDGE OF SAID COURT;

NOW COMES, DANIEL E. DAVIS AND DAVCRANE, INC., plaintiffs in the above styled and numbered cause, and file this their motion for emergency hearing on request for temporary injunction and in support thereof would respectfully show the court as follows:

I.

The parties were ordered to participate in a court ordered mediation. However, mediation was unsuccessful.

II.

Plaintiffs state that the emergency nature of relief requested continues and has even increased because plaintiff finds himself at the edge of financial ruin and only by injuctive relief can irreparable harm be avoided. Therefore plaintiffs' counsel requests that this Honorable Court schedule an emergency hearing on temporary injunction.

Respectfully submitted this the ____28____ day of January, 2004.

> WATTS LAW FIRM, L.L.P.
> 1926 E. Elizabeth
> Brownsville, Texas 78520
> (956) 544-0500
> (956) 541-0255  FAX
>
> _____
> RAY R. MARCHAN
> State Bar No. 1269050
> Fed. I.D. No. 9522
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On this the ____28____ day of January, 2004, a true and correct copy of the foregoing instrument was forwarded to opposing counsel via fax, by hand-delivery or by certified mail, return receipt requested.

_____
RAY R. MARCHAN

## CERTIFICATE OF CONFERENCE

On this the ____28____ day of January, 2004, a telephone call was placed to counsel for defendant Finning International, Inc. to inform him of the filing of the foregoing motion for emergency hearing on request for temporary injunction. Counsel for Finning International, Inc. indicated that he is OPPOSED to plaintiffs' motion.

_____
RAY R. MARCHAN