# HEARING MINUTES AND ORDER

**Cause Number**: 03-5080

**Style**: Finning International Inc. v. Daniel E. Davis, et al.,

**Appearances**:
**Counsel**:　　　　　　　　　　　　　　　　**Representing**:

Mark Finkelstein/Jeffrey Koch　　　　　　　　Plaintiff
Al Payne　　　　　　　　　　　　　　　　　　Defendant Daniel Davis
Ray Marchan　　　　　　　　　　　　　　　　Defendant Davecrane Inc.

**Date**: February 20, 2004　　　　　　　　**Ct. Reporter**: ERO
**Time**: 11:20 a.m. - 12:00 p.m.　　　　　**Interpreter**: _____

United States Courts
Southern District of Texas
ENTERED
FEB 2 7 2004
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
MAR 0 4 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

**At the hearing the Court made the following rulings**:

Pretrial conference held. Another pretrial conference is set for **March 1, 2004 at 1:00 p.m.**

Plaintiff's motion to consolidate this case with B-03-206 [Doc. #8] is GRANTED in accordance with the record in open Court. Civil Action No. B-03-206 case is **CONSOLIDATED** into this case for all purposes.

Defendants' motion for this Court to stay its proceeding in favor of B-03-206 [Doc. 11] is DENIED in accordance with the record in open Court.

Plaintiff's motion for stay pending arbitration filed in B-03-206 [Doc. # 4] is GRANTED. No discovery shall go forward in this action. This case remains active for the purpose of allowing either party to seek relief in aid of arbitration.

The Court orders that the parties' arbitration should move forward as quickly as possible.

The parties are to provide to the Court by **9:00 a.m.** on **March 1, 2004** a list of any issues needing resolution by this Court in advance of arbitration.

The parties agree that Plainitff shall take no steps to foreclose on the cranes in issue without at least three business days' notice to the Court, and no such steps shall be taken until at least after the next conference in this case. All parties shall attempt to find buyers for the cranes Defendants have in their possession and report the status of these efforts to the Court at the **March 1, 2004 conference.**

**The Clerk will file these Minutes and Order and provide copies to the parties.**

P:\CTMINUTE\1-2003\03-5080  040223.1402

SIGNED at Houston, Texas this 20th day of February, 2004.

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

