# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## OFFICE OF THE CLERK

**MICHAEL N. MILBY**                                    **POST OFFICE BOX 61010**
**CLERK**                                                **HOUSTON, TEXAS 77208**

October 12, 2005

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
P.O. Box 610160
Houston, TX 77002

IN RE:   DAVIS, ET AL VS. FINNING INTERNATIONAL, INC.
          4:03CV5080 consolidated with 1:03CV0206
          USCCA 05-20502

Dear Mr. Fulbruge:

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

                    SUPPLEMENTAL RECORD ON APPEAL
                            consisting of:
                    5 VOLUMES OF ELECTRONIC RECORD


Very Truly Yours,


Michael N. Milby, Clerk



_____
Deputy Clerk


cc: all parties